UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 19-mj-6092-MPK |
| | ) | |
| ALL FUNDS ON DEPOSIT UP TO $140,000 | ) | |
| IN BANK OF AMERICA ACCOUNT NUMBER | ) | |
| ▮▮▮▮ 4999, HELD IN THE NAME OF | ) | |
| DONNA C. HEINEL AND ▮▮▮▮▮▮▮▮, | ) | |
| Defendant. | ) | |

## MOTION TO SEAL

The United States, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby moves to seal, pursuant to Local Rule 7.2, this Motion to Seal, the seizure warrant applications, the supporting Affidavit of Federal Bureau of Investigation, Special Agent Laura Smith, the seizure warrants, any ruling on this Motion, and all related paperwork filed herewith, until further order of this Court, with the exception of the copy or copies of the seizure warrants that are to be served on the owners and/or custodians of the property to be seized, and also with the exception as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and any law enforcement officers involved in the investigation.

As grounds therefore, the government states that the public disclosure of the information contained in said documents could lead to efforts by the owners or possessors of the assets to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the assets.

WHEREFORE, the United States respectfully requests that this Court impound this Motion, the seizure warrant applications, the supporting Affidavit, and the seizure warrants, until further Order of the Court.

Additionally, pursuant to General Order 06-05 of the United States District Court for the District of Massachusetts, the United States respectfully moves the Court for an Order allowing it to be provided with copies of all documents, transcripts, and other record of information filed in this sealed matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Carol E. Head*
CAROL E. HEAD, B.B.O. # 652170
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: March 11, 2019

SO ORDERED:

_____
HONORABLE M. PAGE KELLEY
United States Magistrate Judge

Dated: _____ 2019

2

AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>ALL FUNDS ON DEPOSIT UP TO $140,000 IN BANK OF AMERICA ACCT NUMBER ▮▮▮▮ 4999, HELD IN THE NAME OF DONNA C. HEINEL ▮▮▮▮▮▮ | ) <br> ) <br> ) Case No. 19-mj-6092-MPK <br> ) <br> ) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of

_____Massachusetts_____ is subject to forfeiture to the United States of America under  See Below U.S.C. §§

_____ *(describe the property):*

All funds on deposit up to $140,000 in Bank of America account number ▮▮▮▮ 4999, held n the name of Donna C. Heinel and ▮▮▮▮▮▮. Subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(C),1963(a) and (b), and 28 U.S.C. § 2461(c).

The application is based on these facts:

See Affidavit of Special Agent Laura Smith and supporting attachments.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

FBI Special Agent, Laura Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 11, 2019

City and state: Boston, Massachusetts

_____
*Judge's signature*

M. Page Kelley, Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>ALL FUNDS ON DEPOSIT UP TO $140,000 IN BANK OF<br>AMERICA ACCT NUMBER ▮▮▮▮ 4999, HELD IN<br>THE NAME OF DONNA C. HEINEL ▮▮▮▮▮▮▮▮ | )<br>)<br>) Case No. 19-mj-6092-MPK<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ____Massachusetts____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds on deposit up to $140,000 in Bank of America account number ▮▮▮▮ 4999, held in the name of Donna C. Heinel and ▮▮▮▮▮▮.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ____03/25/2019____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____M. Page Kelley_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *March 11, 2019*
*5:16 p.m.*

_____/s/ Page Kelley_____
*Judge's signature*

City and state: __Boston, Massachussets__     __M. Page Kelley, Magistrate Judge__
*Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-mj-6092-MPK | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*